UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

```
STEVEN J. McGREGOR and BECKY      :
McGREGOR, husband and wife,       :
                                  :
          Plaintiffs              :
                                  :   NO. 3:CV-06-1402
     -vs-                         :
                                  :   (Judge Kosik)
                                  :
BROOKLINE FURNITURE COMPANY,      :
LLC, a North Carolina limited     :
liability company; LEGGETT &      :
PLATT, INC., a Missouri           :
corporation; and THARALDSON       :
PROPERTY MANAGEMENT, INC.,        :
a North Dakota corporation        :
t/d/b/a MARRIOTT RESIDENCE        :
INN,                              :
                                  :
          Defendants              :
```

## **ORDER**

NOW, this 19th day of October, 2007, upon examination of defendant Tharaldson Property Management, Inc., etc. motion for summary judgment, brief and exhibits, as well as plaintiffs' responsive brief and exhibits,

IT IS HEREBY ORDERED that the motion for summary judgment of Tharaldson Property Management is **DENIED** for there remain genuine issues as to material facts, and there is no necessity for expert testimony to establish defendants' negligent breach of duty in this case.

The case is ready for a pre-trial conference.

SO ORDERED.

*s/Edwin M. Kosik*
United States District Judge